

# Fourth Court of Appeals
## San Antonio, Texas

January 22, 2019

No. 04-18-00498-CV

**MWM HELOTES RANCH, LTD.** and Myfe Moore,
Appellants

v.

John H. **WHITE** Jr., Individually; John H. White III, Individually; John H. White Jr., John H. White III, and Molly C. White, in their capacities as Co-Trustees of the 1983 John H. White Long-Term Trust F/B/O John H. White Jr., and of the 1976B Partnership Trust; TCW Helotes Ranch Ltd; and Tuleta White,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI11563
Honorable David A. Canales, Judge Presiding

# O R D E R

If Appellees' brief is filed as anticipated, Appellants' reply brief will be due on February 26, 2019. *See* TEX. R. APP. P. 38.6(c). Before the due date, Appellants filed an unopposed first motion for an extension of time to file the reply brief.

Appellants' motion is GRANTED. Appellants' reply brief will be due on March 13, 2019. *See id.* R. 38.6(d).

_Patricia O. Alvarez_
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand, and affixed the seal of the said court on this 22nd day of January, 2019.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court